UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br><br>Worley Chiropractic Clinic, PA<br><br>DEBTOR(S)<br><br>Address: 506 S. Adair Street<br><br>Clinton, SC 29325<br><br><br>Last four digits of Social-Security or Individual Tax-Payer-Identification (ITIN) No(s)., | CASE NO: 22-01831-hb<br><br>CHAPTER: 11<br><br><br>NOTICE OF MOTION/APPLICATION AND<br>OPPORTUNITY FOR HEARING |

### NOTICE OF APPLICATION FOR FINAL DECREE

**Worley Chiropractic Clinic, PA**, has filed papers with the court, to apply for final decree.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the application for final decree, or you want the court to consider your views on the motion, then within **30 days** of service of this notice, you or your attorney must:

File with the court a written response, return, or objection at:

    1100 Laurel Street
    Columbia, SC 29201

Responses, returns, or objections filed by an attorney must be electronically filed in ecf.scb.uscourts.gov.

If you mail your response, return, or objection to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

**Robert H. Cooper, Esquire
The Cooper Law Firm
150 Milestone Way, Suite B
Greenville, SC 29615**

**Attend the hearing scheduled to be heard on August 29, 2023 at 10:30 a.m. at the United States Bankruptcy Court, Clement F. Haynsworth Federal Building and U.S. Courthouse, 300 East Washington Street, Greenville, South Carolina 29601**

     If no response, return, and/or objection is timely filed and served, no hearing will be held on this motion, except at the direction of the judge.

     If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief prior to the scheduled hearing date, if determined to be appropriate.

Date: July 11, 2023

/S/Robert H. Cooper
Robert H. Cooper, DCID 05670
The Cooper Law Firm
150 Milestone Way, Ste B
Greenville SC 29615
(864) 271-9911
(864) 232-5236 fax
thecooperlawfirm@thecooperlawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | Case No. 22-01831-hb |
| Worley Chiropractic Clinic, PA ) | |
| ) | |
| Debtor ) | |

## APPLICATION FOR FINAL DECREE

TO:   UNITED STATES BANKRUPTCY COURT

The application for the debtor-in-possession respectfully represents:

1. That the plan of reorganization was filed with this court on April 10, 2023, and confirmed by order of this Court on June 13, 2023.
2. That applicant has complied with said confirmed plan of reorganization, and disbursements and payments required under the plan have commenced.
3. Contemporaneously herewith, your applicant has filed an accounting reflecting disbursements and payments made thus far.

WHEREFORE, applicant prays that a final decree be entered closing the estate and for such other and further relief as the Court may deem just and proper.

Dated: July 11, 2023

*/s/Robert H. Cooper*
Robert H. Cooper DCID #05670
THE COOPER LAW FIRM
150 Milestone Way, Ste B
Greenville SC 29615
(864) 271-9911
(864) 232-5236 (fax)
thecooperlawfirm@thecooperlawfirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | Case No. 22-01831-hb |
| Worley Chiropractic Clinic, PA ) | |
| ) | |
| _____Debtor_____) | |

### CERTIFICATE OF SERVICE FOR APPLICATION FOR FINAL DECREE

I hereby certify that under FR BP 1007(b)(2), I have served by either; Fax, U.S. Regular Mail and or Electronic Noticing a true and accurate copy of the foregoing on the creditors and parties in interest, as listed, on the attached mailing matrix.

Dated: July 11, 2023

/s/Robert H. Cooper
Robert H. Cooper DCID #05670
THE COOPER LAW FIRM
150 Milestone Way, Ste B
Greenville SC 29615
(864) 271-9911
(864) 232-5236 (fax)
thecooperlawfirm@thecooperlawfirm.com

```
Label Matrix for local noticing          FC Marketplace, LLC                    Worley Chiropractic Clinic PA
0420-6                                    c/o Becket and Lee LLP                 506 S. Adair Street
Case 22-01831-hb                          PO Box 3002                            Clinton, SC 29325-2802
District of South Carolina                Malvern, PA 19355-0702
Greenville
Mon Jul 10 16:47:30 EDT 2023

J. Bratton Davis United States            Arthur State Bank                     Arthur State Bank
Bankruptcy Courthouse                     205 Jacobs Highway                    PO Box 769
1100 Laurel Street                        Clinton SC 29325-7278                 Union SC 29379-0769
Columbia, SC 29201-2423


BFG Corporation                           Banleaco, Inc.                        Byline Financial Grup
2801 Lakeside Drive                       11017 Aurora Avenue                   2801 Lakeside Drive, Ste. 212
STE 212                                   Urbandale IA 50322-7902               Bannockburn IL 60015-1200
Bannockburn, IL 60015-1200


Capital One                               Capital One                           Capital One Bank (USA), N.A.
PO Box 30285                              PO Box 71083                          by American InfoSource as agent
Salt Lake City UT 84130-0285              Charlotte NC 28272-1083               PO Box 71083
                                                                                Charlotte, NC  28272-1083


Dedicated Financial GBC                   FC Marketplace, LLC                   Fundworks
PO BOX 1931                               747 Front Street Floor 4              5990 Sepulveda Blvd, Ste 310
Burlingame, CA 94011-1931                 San Francisco CA 94111-1922           Van Nuys CA 91411-2523


Greenwood County Tax Collector            (p)INTERNAL REVENUE SERVICE           Internal Revenue Service
528 Monument St                           CENTRALIZED INSOLVENCY OPERATIONS     Centralized Insolvency Operation
Greenwood SC 29646-2634                   PO BOX 7346                           PO Box 7346
                                          PHILADELPHIA PA 19101-7346            Philadelphia PA 19101-7346


Laurens County Treasurer                  NCMIC Finance Corp                    NCMIC Financial Corp.
PO Box 1049                               14001 University Ave                  14001 University Ave.
Laurens SC 29360-1049                     Clive IA 50325-8273                   Clive IA 50325-8273


(p)NAVITAS CREDIT CORP                    Navitas Credit Corp.                  ODK Capital, LLC
ATTN JOYCE MCKULKA                        c/o National Registered Agents, Inc.  1400 Broadway
201 EXECUTIVE CENTER DR SUITE 100         2 Office Park Court, Ste 103          New York, NY 10018-5300
COLUMBIA SC 29210-8410                    Columbia SC 29223-5948


On Deck                                   Roy R. Hemphill, Esq.                 Russel Health Labs
1400 Broadway                             McDonald Patrick Poston Hemphill & Roper  14001 University Ave.
New York NY 10018-5300                    PO Box 1547                           Clive IA 50325-8258
                                          Greenwood SC 29648-1547


SC Dept of Rev. & Tax                     U.S. Small Business Administration    U.S. Small Business Administration
PO Box 12265                              200 W. Santa Ana Blvd., Ste 740       Disaster Assistance Processing and
Columbia SC 29211-2265                    Santa Ana, CA 92701-7534              Disbursement Center
                                                                                14925 Kingsport Road
                                                                                Fort Worth TX 76155-2243
```

```
Vyve Communications              Wells Fargo                      Wells Fargo
235 N. Creek Boulevard           PO Box 3072                      c/o Corporation Service Company
Greenwood SC 29649-9059          Cedar Rapids IA 52406-3072       508 Meeting Street
                                                                  West Columbia SC 29169-7535


Robert H. Cooper                 US Trustee's Office
The Cooper Law Firm              Strom Thurmond Federal Building
150 Milestone Way, Suite B       1835 Assembly St.
Greenville, SC 29615-5088        Suite 953
                                 Columbia, SC 29201-2448
```



```
IRS MDP 39                       Navitas Credit Corp.
1835 Assembly ST RM 469          201 Executive Center Drive, Ste 100
Columbia SC 29201                Columbia SC 29210
```

```
(d)FC Marketplace, LLC           End of Label Matrix
c/o Becket and Lee LLP           Mailable recipients    34
PO Box 3002                      Bypassed recipients     1
Malvern PA 19355-0702            Total                  35
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| ) | Case No. 22-01831-hb |
| Worley Chiropractic Clinic, PA ) | |
| ) | |
| Debtor ) | |

## CONSUMMATION REPORT PURSUANT TO RULE 2015 (a)(5), RULES OF BANKRUPTCY PROCEDURE

Debtor hereby reports to the Court, pursuant to Rule 2015 (a)(5), of progress made in the consummation of debtor's plan.

Debtor's acts since confirmation constitute "substantial consummation" as that term is defined in 11 U.S.C. '1101 (2). "Substantial Consummation" means - (a) transfer of all or substantially all of the property proposed by the plan to be transferred; (b) assumption by the debtor or by the successor to the debtor under the plan of the business or of the management of all or substantially all of the property dealt with by the plan; and (c) commencement of distribution under the plan.

Dated: July 11, 2023

/s/Robert H. Cooper
Robert H. Cooper DCID #05670
THE COOPER LAW FIRM
150 Milestone Way, Ste B
Greenville SC 29615
(864) 271-9911
(864) 232-5236 (fax)
thecooperlawfirm@thecooperlawfirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | **CHAPTER 11** |
| | ) | **Case No. 22-01831-hb** |
| **Worley Chiropractic Clinic, PA** | ) | |
| | ) | |
| _____**Debtor**_____) | | |

## CERTIFICATION OF SUBSTANTIAL CONSUMMATION
## OF CHAPTER 11 PLAN

By this application for final decree, I, Robert H. Cooper, as attorney for the debtor-in-possession, hereby certify that there has been substantial consummation of the confirmed plan of reorganization, filed April 10, 2023, as that term is defined in 11 U.S.C. '1101 (2), and that, in my opinion, upon the approval of the application for final decree, the case will have been fully administered.

Dated: July 11, 2023

*/s/Robert H. Cooper*
Robert H. Cooper DCID #05670
THE COOPER LAW FIRM
150 Milestone Way, Ste B
Greenville SC 29615
(864) 271-9911
(864) 232-5236 (fax)
thecooperlawfirm@thecooperlawfirm.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:                                                 )    CHAPTER 11
                                                       )    Case No. 22-01831-hb
Worley Chiropractic Clinic, PA                         )
                                                       )
                              Debtor                   )

## FINAL REPORT IN CHAPTER 11 PROCEEDING

Now comes the debtor-in-possession, and for the final report herein stating that the following amounts have been paid, or will be paid, pursuant to the Order Confirming Plan entered on June 13, 2023, and any other orders of distribution:

A.     PRIORITY PAYMENTS AND EXPENSES OF ADMINISTRATION OTHER THAN OPERATING EXPENSES

| | | |
|---|---|---|
| 1. | Accountant's Fees | $0.00 |
| 2. | Attorney Fees for Debtor | $0.00 |
| 3. | Other expenses of administration US Trustee Quarterly fees | $0.00 |
| 4. | TOTAL   (Lines 1-3) | $0.00 |

B.     PAYMENTS TO CREDITORS

5.     Priority Payments

| | | |
|---|---|---|
| a. | Taxes – SC Dept of Revenue | $0.00 |
|    | U.S. Internal Revenue Service | $0.00 |

6.     Secured Payments

| | | |
|---|---|---|
| a. | Arthur State Bank | $5,952.80 |
| b. | Banleaco, Inc. | $1,221.96 |
| c. | Byline Financial Group | $500.00 |
| d. | F.C. Marketplace | $10,297.11 |
| e. | Fundworks | $11,499.80 |
| f. | Wells Fargo | $1,610.20 |

|   |   |   |   |   |
|---|---|---|---|---|
| 7. | Judgement Payments | | | $0.00 |
| 8. | Unsecured Payments | | | |
| | | a. | Arthur State Bank | $498.86 |
| | | b. | Byline Financial Group | $3,370.88 |
| | | c. | Capital One | $6,011.78 |
| | | d. | Dedicated Finance GBC | $7,713.75 |
| | | e. | Navitas Credit Corporation | $5,081.78 |
| | | f. | NCMIC Financial Corp. | $5,165.34 |
| | | g. | On Deck Capital LLC | $19,677.83 |
| | | h. | Vyve Communications | $850.04 |
| 9. | TOTAL   (Lines 5 - 8) | | | $79,452.13 |

| | | |
|---|---|---|
| C. | OTHER PAYMENTS | $0.00 |
| D. | TOTAL DISBURSEMENTS SINCE CONFIRMATION | $79,452.13 |
| E. | TRUSTEE DISBURSEMENTS | NONE |
| F. | VALUE OF ABANDONED PROPERTY OR PROPERTY SET APART AS EXEMPT ON WHICH A SECURITY INTEREST WAS ATTACHED | NONE |

Dated: July 11, 2023

*/s/Robert H. Cooper*
Robert H. Cooper DCID #05670
THE COOPER LAW FIRM
150 Milestone Way, Ste B
Greenville SC 29615
(864) 271-9911
(864) 232-5236 (fax)
thecooperlawfirm@thecooperlawfirm.com