UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 22-01831-hb |
| | ) | CHAPTER: 11 |
| Worley Chiropractic Clinic, PA | ) | |
| | ) | FINAL DECREE |
| Debtor | ) | |

This matter is before the Court on an Application for Final Decree filed by counsel for the debtor. There are no pending objections.

**IT IS ORDERED THAT:**

1. The application is granted, as the estate of Worley Chiropractic Clinic, PA, has been fully administered, and this case is closed; and

2. All quarterly fees due and owing the United States Trustee pursuant to 28 U.S.C. §1930(a)(6) must be paid current through the date of entry of this Order.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**08/18/2023**



Entered: 08/18/2023

Chief US Bankruptcy Judge
District of South Carolina